# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Grimm, Paul W. | U.S. District Court, District of Maryland | 05/04/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge (active status) | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

Chambers 465A U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Instructor, part-time | Shemer Bar Review (lecturer) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/04/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Shemer Bar Review, lecturer | $2,800.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Dietician-Health Care Services Group (HCSG) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/04/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grimm, Paul W.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   M&T Bank accounts | A | Interest | L | T | | | | | |
| 2.   AXA Equitable TSA (Equi-Vest) | | None | L | T | | | | | |
| 3.   Fidelity Government Cash Reserves Roth | A | Dividend | J | T | | | | | |
| 4.   Fidelity Government Cash Reserves Roth | A | Dividend | J | T | | | | | |
| 5.   T Rowe Price Government Money | B | Dividend | L | T | | | | | |
| 6.   IRA - MORGAN STANLEY (#1) (H): | | | | | | | | | |
| 7.   - Morgan Stanley Bank | A | Interest | K | T | | | | | |
| 8.   -IShares S&P 500 Growth ETF | A | Dividend | | | Buy<br>(add'l) | 05/07/19 | J | | |
| 9. | | | | | Sold | 05/24/19 | J | B | |
| 10.   -IShares S&P 500 Value ETF | A | Dividend | J | T | Buy<br>(add'l) | 05/07/19 | J | | |
| 11. | | | | | Buy<br>(add'l) | 08/05/19 | J | | |
| 12.   -IShares S&P Mid-Cap 400 V ETF | A | Dividend | J | T | Buy<br>(add'l) | 05/07/19 | J | | |
| 13. | | | | | Buy<br>(add'l) | 08/05/19 | J | | |
| 14.   -Invesco S&P 500 Revenue ETF | A | Dividend | J | T | Buy<br>(add'l) | 05/07/19 | J | | |
| 15. | | | | | Buy<br>(add'l) | 08/05/19 | J | | |
| 16.   -Invesco S&P 500 Low Volatility ETF | A | Dividend | J | T | Buy<br>(add'l) | 05/07/19 | J | | |
| 17. | | | | | Buy<br>(add'l) | 08/05/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grimm, Paul W.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18.   -Vanguard FTSE Developed Markets ETF | | None | | | Sold | 03/04/19 | J | A | |
| 19.   -American Century Emerging Markets I | A | Dividend | J | T | Buy (add'l) | 05/07/19 | J | | |
| 20. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 21.   -Baron Small Cap Institutional | | None | | | Sold | 03/28/19 | J | A | |
| 22.   -Goldman Sachs Absolute Return Tracker | A | Dividend | K | T | Buy (add'l) | 02/01/19 | J | | |
| 23. | | | | | Buy (add'l) | 05/07/19 | J | | |
| 24. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 25.   -Janus Henderson International Opportunity | A | Dividend | J | T | Buy (add'l) | 05/07/19 | J | | |
| 26. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 27.   -Neuberger Berman Core Bond Inst | B | Dividend | K | T | Buy (add'l) | 05/07/19 | J | | |
| 28. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 29.   -PGIM Jennison Mid Cap Growth Z | B | Dividend | J | T | Buy (add'l) | 05/07/19 | J | | |
| 30. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 31.   -PGIM Absolute Return Bond Z | B | Dividend | J | T | Buy (add'l) | 05/07/19 | J | | |
| 32. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 33.   -Royce Opportunity Inv | A | Dividend | J | T | Buy (add'l) | 05/07/19 | J | | |
| 34. | | | | | Buy (add'l) | 08/05/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grimm, Paul W.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -Touchstone Sands Capital Select Growth Y | A | Dividend | J | T | Buy (add'l) | 05/07/19 | J | | |
| 36. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 37. -Wisdomtree Mgd Futures Strat | | None | | | Sold | 02/01/19 | J | | |
| 38. -Lord Abbett Total Return | B | Dividend | K | T | Buy (add'l) | 05/07/19 | J | | |
| 39. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 40. -Guggenheim Macro Opportunity | A | Dividend | J | T | Buy (add'l) | 05/07/19 | J | | |
| 41. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 42. -Hartford Multi Factor Develop | A | Dividend | J | T | Buy | 03/04/19 | J | | |
| 43. | | | | | Buy (add'l) | 05/07/19 | J | | |
| 44. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 45. -AB Concentrated Gw Adv | A | Dividend | K | T | Buy | 05/24/19 | J | | |
| 46. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 47. -Federated Kaufmann Small Cap | A | Dividend | J | T | Buy | 03/28/19 | J | | |
| 48. | | | | | Buy (add'l) | 05/07/19 | J | | |
| 49. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 50. IRA - MORGAN STANLEY (#2) (H): | | | | | | | | | |
| 51. -IShares S&P Mid Cap 400 Index | | None | | | Buy | 03/20/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grimm, Paul W.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 04/10/19 | K | | |
| 53. | | | | | Sold<br>(part) | 05/15/19 | K | | |
| 54. | | | | | Sold | 05/29/19 | K | | |
| 55.   -SPDR S&P 500 ETF Trust | A | Dividend | K | T | Buy<br>(add'l) | 02/07/19 | J | | |
| 56. | | | | | Buy<br>(add'l) | 06/13/19 | J | | |
| 57. | | | | | Buy<br>(add'l) | 06/14/19 | K | | |
| 58. | | | | | Sold<br>(part) | 07/15/19 | J | A | |
| 59. | | | | | Sold<br>(part) | 08/08/19 | K | A | |
| 60.   -Schwab U.S. Large Cap Value | A | Dividend | | | Buy | 02/20/19 | K | | |
| 61. | | | | | Sold | 06/04/19 | K | | |
| 62.   -Schwab US Mid Cap ETF | A | Dividend | | | Buy | 02/21/19 | K | | |
| 63. | | | | | Buy<br>(add'l) | 02/27/19 | K | | |
| 64. | | | | | Sold | 03/13/19 | K | | |
| 65. | | | | | Buy | 06/12/19 | K | | |
| 66. | | | | | Buy<br>(add'l) | 06/13/19 | K | | |
| 67. | | | | | Buy<br>(add'l) | 06/19/19 | K | | |
| 68. | | | | | Buy<br>(add'l) | 06/26/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold (part) | 08/07/19 | K | | |
| 70. | | | | | Sold (part) | 08/14/19 | K | | |
| 71. | | | | | Sold | 08/21/19 | K | | |
| 72.   -Vanguard Russell 1000 Value ETF | A | Dividend | | | Buy | 06/11/19 | K | | |
| 73. | | | | | Buy (add'l) | 06/12/19 | K | | |
| 74. | | | | | Buy (add'l) | 06/13/19 | K | | |
| 75. | | | | | Buy (add'l) | 06/18/19 | K | | |
| 76. | | | | | Sold (part) | 08/13/19 | K | | |
| 77. | | | | | Sold (part) | 08/20/19 | K | | |
| 78. | | | | | Sold | 10/15/19 | K | A | |
| 79.   -SPDR S&P Mid Cap 400 ETF Trust | A | Dividend | | | Buy | 09/11/19 | K | | |
| 80. | | | | | Buy (add'l) | 09/12/19 | K | | |
| 81. | | | | | Buy (add'l) | 09/18/19 | K | | |
| 82. | | | | | Sold (part) | 10/09/19 | K | | |
| 83. | | | | | Sold | 10/10/19 | K | | |
| 84.   -Vanguard Mid Cap ETF | A | Dividend | L | T | Buy (add'l) | 02/06/19 | K | | |
| 85. | | | | | Sold (part) | 05/29/19 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 06/05/19 | K | B | |
| 87. | | | | | Buy (add'l) | 10/16/19 | K | | |
| 88. | | | | | Buy (add'l) | 10/23/19 | K | | |
| 89. | | | | | Buy (add'l) | 10/24/19 | K | | |
| 90. -Goldman Sachs Access Tre 0-1 Yrs. | A | Dividend | | | Sold (part) | 02/12/19 | K | | |
| 91. | | | | | Sold | 02/20/19 | K | A | |
| 92. -Invesco S&P Ultra Dividend | A | Dividend | | | Buy (add'l) | 02/12/19 | K | | |
| 93. | | | | | Sold (part) | 05/14/19 | K | A | |
| 94. | | | | | Sold | 06/04/19 | K | B | |
| 95. -SPDR Ser TR Bbg Bcl 1 3 ETF | A | Dividend | | | Sold (part) | 02/21/19 | L | A | |
| 96. | | | | | Buy (add'l) | 06/03/19 | K | | |
| 97. | | | | | Sold (part) | 06/13/19 | K | A | |
| 98. | | | | | Sold | 06/18/19 | K | A | |
| 99. -Lord Abbett Ultra Short Bond | A | Dividend | | | Buy (add'l) | 01/14/19 | J | | |
| 100. | | | | | Sold (part) | 02/05/19 | K | | |
| 101. | | | | | Sold (part) | 02/27/19 | K | A | |
| 102. | | | | | Buy (add'l) | 06/13/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 06/18/19 | J | | |
| 104. | | | | | Sold | 06/19/19 | K | A | |
| 105.  -SPDR DJIA Trust | A | Dividend | K | T | Buy | 09/10/19 | K | | |
| 106. | | | | | Sold (part) | 10/08/19 | K | | |
| 107.  -Morgan Stanley Bank | A | Interest | K | T | | | | | |
| 108.  -Invesco S&P 500 Revenue ETF | A | Dividend | K | T | Buy | 10/17/19 | K | | |
| 109. | | | | | Sold (part) | 12/16/19 | J | A | |
| 110.  -iShares Core S&P 500 ETF | A | Dividend | | | Buy | 02/22/19 | K | | |
| 111. | | | | | Sold (part) | 05/16/19 | K | A | |
| 112. | | | | | Sold | 06/06/19 | K | A | |
| 113.  -Schwab US Large Cap ETF | | None | | | Buy | 09/05/19 | K | | |
| 114. | | | | | Sold | 10/08/19 | K | | |
| 115.  -Vanguard Large Cap ETF | A | Dividend | | | Buy | 09/12/19 | K | | |
| 116. | | | | | Sold | 10/10/19 | K | | |
| 117.  -iShares Russell Top 200 | A | Dividend | L | T | Buy | 10/22/19 | K | | |
| 118. | | | | | Buy (add'l) | 10/23/19 | K | | |
| 119.  IRA - MORGAN STANLEY (#3) (H): | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Grimm, Paul W. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. -Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 121. -Eaton Vance Tax Mg By-WR | B | Dividend | K | T | | | | | |
| 122. -IShares Cohen & Steers REIT ETF | A | Dividend | J | T | | | | | |
| 123. -IShares IBoxx Invest Grade Corp Bond | A | Dividend | | | Sold | 04/03/19 | J | A | |
| 124. -Invesco S&P 500 High Dividend | A | Dividend | J | T | | | | | |
| 125. -SPDR Barclays Convertible | A | Dividend | K | T | | | | | |
| 126. -SPDR S&P Dividend | A | Dividend | K | T | | | | | |
| 127. -Voya Global Advantage | B | Dividend | K | T | | | | | |
| 128. -AB High Income Adv | A | Dividend | J | T | Sold (part) | 04/02/19 | J | A | |
| 129. -Janus Henderson Global Income | B | Dividend | K | T | | | | | |
| 130. -Principal Preferred Sec Inst. | A | Dividend | J | T | | | | | |
| 131. -PGIM Absolute Return Bond Z | B | Dividend | K | T | | | | | |
| 132. -Columbia Strategic Income | A | Dividend | K | T | | | | | |
| 133. -Guggenheim Macro Opport I | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 134. Exelon Corporation stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grimm, Paul W.** | 05/04/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 14: Oppenheimer Large Cap Rev: name change to Invesco S&P 500 Revenue ETF.

Part VII, line 29: Prudential Jennison Mid Cap Growth Z: name change to PGIM Jennison Mid Cap Growth Z.

Part VII, line 31: Prudential Absolute Return Bond Z: name change to PGIM Absolute Return Bond Z.

Part VII, line 92: Oppenheimer S&P Ultra Dividend: name change to Invesco S&P Ultra Dividend.

Part VII, line 131: Prudential Absolute Return Bond Z: name change to PGIM Absolute Return Bond Z.

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/04/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Paul W. Grimm**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544